1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIMOTHY J. STEPHENSON,

11            Petitioner,                No. CIV-S-05-1719 FCD KJM P

12        vs.

13   M.S. EVANS,

14            Respondent.               ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

18            Examination of the in forma pauperis affidavit reveals that petitioner is unable to

19   afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is

20   granted.  See 28 U.S.C. § 1915(a).

21            Because petitioner may be entitled to the requested relief if the claimed violation

22   of constitutional rights is proved, respondent will be directed to file an answer.

23   /////

24   /////

25   /////

26   /////

                                          1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted;

2. Respondent is directed to file an answer within sixty days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

DATED:  December 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
step1719.100(8.25.05)

2